IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JACOB HENRY BARRETT, | CV. 06-877-JE |
| Plaintiff, | ORDER TO DISMISS |
| v. | |
| MAX WILLIAMS, et al., | |
| Defendants. | |

MOSMAN, District Judge.

The parties move to dismiss this case on the basis that they have entered into a settlement agreement. The Joint Motion to Dismiss (#20) is GRANTED, and this case is DISMISSED, with prejudice.

IT IS SO ORDERED.

DATED this  27th  day of December, 2006.

                                       /s/ Michael W. Mosman
                                          Michael W. Mosman
                                          United States District Judge

1 - ORDER